UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL PERRY CARROLL,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS et al,<br><br>        Defendants. | CASE NO. 3:20-cv-05279-RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: July 31, 2020 |

    The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge J. Richard Creatura. Plaintiff Michael Perry Carroll, proceeding *pro se* and *in forma pauperis,* initiated this civil rights action on March 23, 2020. *See* Dkt. 1. On April 16, 2020, the Court screened plaintiff's complaint and found that plaintiff failed to state a claim under § 1983. *See* Dkt. 8. The Court ordered plaintiff to show cause why the complaint should not be dismissed by May 16, 2020. *Id.* The Court warned plaintiff that failure to respond to the order would result in the Court recommending dismissal of this action pursuant to 28 U.S.C. § 1915. *Id.*

REPORT AND RECOMMENDATION - 1

1 | Plaintiff has failed to comply with the Court's order. He has not filed a response to the
2 | order or attempted to file an amended complaint. As plaintiff has failed to respond to the Court's
3 | order and prosecute this case, the Court recommends that this case be dismissed without
4 | prejudice.
5 | Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
6 | Procedure, the parties shall have fourteen (14) days from service of this Report to file written
7 | objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
8 | objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
9 | limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on July 31,
10 | 2020, as noted in the caption.
11 | Dated this 24th day of June, 2020.

J. Richard Creatura
United States Magistrate Judge