HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL PERRY CARROLL,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>Defendant. | CASE NO. C20-5279RBL<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 9], recommending dismissal of plaintiff's case without prejudice for failure to respond to a Court Order. Plaintiff Carroll has not objected.

(1) The Report and Recommendation is **ADOPTED**;

(2) This matter is **DISMISSED** without prejudice;

(3) Carroll's in forma pauperis status is **REVOKED** in the event of any appeal; and

(3) The Clerk is directed to send copies of this Order to Carroll and to the Hon. J. Richard Creatura.

IT IS SO ORDERED.

Dated this 31st day of July, 2020.

Ronald B. Leighton
United States District Judge

ORDER - 1